UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CANDICE WEATHERLOW,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LISA HOWARD,<br><br>　　　　　　　　　Defendant. | Case No. 3:20-CV-0048-RCJ-CLB<br><br>**ORDER** |

Before the court are plaintiff's two motions for leave to file amended complaint (ECF Nos. 16 & 20). It appears that plaintiff has not properly completed service in this case nor has a responsive pleading been filed (ECF No. 14). Therefore, pursuant to Fed. R. Civ. P. 15(a)(1), plaintiff may amend her complaint once as a matter of course. Plaintiff's second motion for leave to amend (ECF No. 20) is **GRANTED**. The Clerk shall detach and **FILE** the proposed amended complaint. Plaintiff's first motion for leave to amend (ECF No. 16) is **DENIED as moot**.

　　　**IT IS SO ORDERED.**

**DATED**: October 16, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**