# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDACE WEATHERLOW,<br><br>  Plaintiff,<br><br>vs.<br><br>LISA HOWARD and<br>MATTHEW KERR,<br><br>  Defendants. | Case No.: 3:20-CV-00048-RCJ-CLB<br><br>**ORDER** |

The parties agree to dismiss the case without prejudice. Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff and Defendant's Motions to Dismiss (ECF Nos. 24 and 26) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated this 24th day of May, 2021.

_____
ROBERT C. JONES
United States District Judge